UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Christina DeRosa Brown v. Bayer Corporation, et al.* | No. 12-cv-10338-DRH |
| *Noheli Osoria v. Bayer Corporation, et al.* | No. 11-cv-10859-DRH |
| *Jillian Ziemba v. Bayer Corporation, et al.* | No. 10-cv-13394-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 20, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
     Deputy Clerk

APPROVED: /s/ David R. Herndon
Digitally signed by David R. Herndon
Date: 2015.05.21 15:52:53 -05'00'
DISTRICT JUDGE
U. S. DISTRICT COURT